**Order entered February 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

Nos. 05-14-00418-CR
& 05-14-00419-CR

**DIANA FLORES PEINADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1025782-L**

## ORDER

The Court has before it appellee the State of Texas's February 17, 2015 "First Motion for Extension of Time to File Brief." We **GRANT** the motion and **ORDER** that appellee's brief be filed on or before **March 19, 2015**.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE